UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DOMINIC ABEL,**

    **Plaintiff,**

v.                                  Case No: 6:21-cv-278-PGB-GJK

**LUCKY CORNER, INC., BIG CHARLIE PIZZA PIE LLC and FATHI ALMOMANI,**

    **Defendants.**

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Orlando, Florida on this 10th day of February 2021.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

1