UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLOIRDA
ORLANDO DIVISION

DOMINIC ABEL,

      Plaintiff,

vs.                            CASE NO.: 6:21-CV-278-PGB-GJK

LUCKY CORNER, INC., a Florida
For Profit Corporation, BIG
CHARLIE PIZZA PIE, LLC, a
Florida For Profit Limited
Liability Company, and FATHI
ALMOMANI, Individually,

      Defendants.    /

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

_____    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

**_X_**    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 10th day of February, 2021.

                                            **/s/ MATTHEW GUNTER**
                                            Matthew Gunter, Esq.
                                            FBN 0077459
                                            Morgan & Morgan, P.A.
                                            20 N. Orange Avenue, Suite 1600
                                            Orlando, FL 32801
                                            Telephone: (407) 420-1414
                                            Facsimile: (407) 867-4791

Email: MGunter@forthepeople.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Fathi Almomani, 745 Cricklewood Terrace, Heathrow, FL 32746; Mirtha V. Martin, Registered Agent/CPA, Big Charlie Pizza Pie, LLC, 420 S Country Club Road, Lake Mary, FL 32746; Fathi Almomani, Registered Agent, Lucky Corner, Inc., 3385 S. Highway 17-92, Casselberry, FL 32707, this 10th day of February, 2021.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.