**DOMINIC ABEL,**

        **Plaintiff,**

**vs.**                            **CASE NO.: 6:21-CV-278-PGB-GJK**

**LUCKY CORNER, INC., a Florida For Profit Corporation, BIG CHARLIE PIZZA PIE, LLC, a Florida For Profit Limited Liability Company, and FATHI ALMOMANI, Individually,**

        **Defendants.**      /
_____

### PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

1. Dominic Abel- Plaintiff

2. Big Charlie Pizza Pie, LLC- Defendant

3.     Lucky Corner, Inc.- Defendant

4.     Fathi Almomani- Defendant

5.     Morgan & Morgan, P.A. – Counsel for Plaintiff

6.     Matthew Gunter, Esq.- Counsel for Plaintiff

2.)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

1.     None known.

3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

1.     None other than the persons identified in 1.) above.

4.)    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

1.     Dominic Abel, Plaintiff.

I hereby certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen (14) days after I know of a conflict.

Dated this 10th day of February, 2021.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: MGunter@forthepeople.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Fathi Almomani, 745 Cricklewood Terrace, Heathrow, FL 32746; Mirtha V. Martin, Registered Agent/CPA, Big Charlie Pizza Pie, LLC, 420 S Country Club Road, Lake Mary, FL 32746; Fathi Almomani, Registered Agent, Lucky Corner, Inc., 3385 S. Highway 17-92, Casselberry, FL 32707, this 10th day of February, 2021.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.